IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| CRED INC., et al., | ) ) ) | Case No. 20-12836 (JTD) (Bankr. D. Del.) |
| Debtors. | ) | |
| LOCKTON COMPANIES, LLC; LOCKTON COMPANIES, LLC-PACIFIC SERIES d/b/a LOCKTON INSURANCE BROKERS, LLC, | ) ) ) ) ) ) | |
| Appellants, | ) ) | C.A. No. 23-210 (MN) BAP No. 23-00008 |
| v. | ) ) | |
| CRED INC. LIQUIDATION TRUST, | ) ) | |
| Appellee. | ) | |
| UPHOLD HQ INC., | ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | C.A. No. 23-211 (MN) BAP No. 23-00009 |
| CRED INC. LIQUIDATION TRUST, et al., | ) ) ) | |
| Appellees. | ) | |

**<u>ORDER</u>**

At Wilmington, this 21st day of March 2023;

WHEREAS, on March 21, 2023, Chief Magistrate Judge Mary Pat Thynge issued Recommendations (D.I. 13 in C.A. No. 23-210; D.I. 7 in C.A. No. 23-211) recommending that these matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court; and

WHEREAS, no objections to the Recommendations are anticipated because the Recommendations are consistent with the parties' positions (*id*. at 3); and

WHEREAS, the Court finds no clear error on the face of the record and does not find the Recommendations to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendations are ADOPTED and these matters are withdrawn from the mandatory referral for mediation.

IT IS FURTHER ORDERED that, at the request of counsel (*Id*. at 2-3), these matters are CONSOLIDATED for all purposes. All papers shall be filed in lead case C.A. No. 23-210 (MN).

IT IS FINALLY ORDERED that the Court ADOPTS and ORDERS the following agreed-upon briefing schedule (*Id*. at 2):

| | |
|---|---|
| Appellants' Opening Brief | April 20, 2023 |
| Appellees' Response Brief | May 22, 2023 |
| Appellants' Reply Brief | June 21, 2023 |

_____
The Honorable Maryellen Noreika
United States District Judge